IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CAPITOL AGGREGATES, INC., a | § | |
| Texas Corporation, | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION 5:23-cv-00719 |
| | § | |
| IPEC, INC., a Delaware Corporation, | § | |
|     Defendant. | § | |

**ADVISORY TO THE COURT REGARDING**
**DEFENDANT'S MOTION FOR SANCTIONS**

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

Plaintiff Capitol Aggregates, Inc. and Defendant IPEC, Inc. file this Advisory to the Court Regarding Defendant's Motion for Sanctions.

1.      Defendant filed a Motion for Sanctions (Doc. 16) and Capitol filed a response. (Doc. 19).  On March 22, 2024, Defendant filed an advisory with the Court asking that the Court withhold ruling on the motion pending negotiations between the parties related to the motion. (Doc. 22).

2.      On May 13, the Honorable Richard Farrer issued a text order directing that on or before June 12, the parties notify the Court as to whether they request any relief related to the sanctions motion.  The issues set out in the motion have been resolved, and neither party requests any relief related to the motion.

3.      The parties jointly notify the Court that the Defendant's Motion for Sanctions is withdrawn.

WHEREFORE, Plaintiff Capitol Aggregates, Inc. and Defendant IPEC, Inc. pray that Defendant's Motion for Sanctions is withdrawn.

996417 (1727.48)

Respectfully submitted,

SMITH, CURRIE & HANCOCK, LLP
2700 Marquis One Tower
245 Peachtree Center Avenue NE
Atlanta, GA 30303-1227
404.521.3800
zrippeon@smithcurrie.com

*/s/ Harry Z. Rippeon, III, with permission*
Harry Z. Rippeon, III
GA Bar No. 324008
*Attorneys for Plaintiff*
*Capitol Aggregates, Inc.*


RAY | PEÑA |McCHRISTIAN, P.C.
McAllister Plaza
9601 McAllister Freeway, Suite 901
San Antonio, Texas 78216
210.341.3554  //  Fax 210.341.3557

*/s/ Merritt Clements*
Merritt Clements
State Bar No. 04369500
Federal Bar No. 15871
mclements@raylaw.com
Katherine P. Estrada
State Bar No. 24105109
kestrada@raylaw.com
*Attorneys for Defendant IPEC, Inc.*

## CERTIFICATE OF SERVICE

I certify that on June 12, 2024 a true and correct copy of the foregoing document was served on counsel listed below in accordance with the Federal Rules of Civil Procedure:

Harry Z. Rippeon, III
Smith, Currie & Hancock, LLP
2700 Marquis One Tower
245 Peachtree Center Avenue NE
Atlanta, GA 30303-1227
zrippeon@smithcurrie.com

*/s/ Merritt Clements*
Merritt Clements

2