IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CAPITOL AGGREGATES, INC., a Texas Corporation. | § § § |
| *Plaintiff,* | § § |
| v. | §  CIVIL ACTION NO. 5:23-cv-00719-JKP |
| IPEC, INC., a Delaware Corporation, | § § § |
| *Defendant.* | § |

**JOINT ADVISORY REPORT TO COURT**

Pursuant to the Court's May 8, 2025 Order, *see* Dkt. No. 37, the parties jointly file this advisory report.

1. The parties have agreed to continue mediation efforts and will be utilizing their chosen private mediator. The parties do not need to utilize the services of the Magistrate.

2. Based on the Court's availability, the parties have conferred and have agreed on a June 2026 trial date.

Dated this 16th day of May, 2025.

| **SMITH CURRIE OLES LLP** | **RAY | PEÑA | McCHRISTIAN, P.C.** |
|---|---|
| */s/ Harry Z. Rippeon III* | */s/ Merritt Clements\** |
| Harry Z. Rippeon III | Merritt Clements |
| State Bar No. 24140926 | Katherine P. Estrada |
| 2700 Marquis One Tower | McAllister Plaza |
| 245 Peachtree Center Avenue NE | 9601 McAllister Freeway, Suite 901 |
| Atlanta, Georgia 30303-1227 | San Antonio, Texas 78216 |
| Telephone: 404-521-3800 | Telephone: 210-341-3554 |
| Email: zrippeon@smithcurrie.com | mclements@raylaw.com |
| *Counsel for Plaintiff Capitol Aggregates, Inc.* | kestrada@raylaw.com |
| | *Attorneys for Defendant IPEC, Inc.* |

\*signed with express permission

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of May, 2025, a true and correct copy of the foregoing JOINT ADVISORY REPORT TO COURT was served on the following counsel of record in accordance with the Federal Rules of Civil Procedure:

Merritt Clements
Katherine P. Estrada
RAY | PEÑA | McCHRISTIAN, P.C.
McAllister Plaza
9601 McAllister Freeway, Suite 901
San Antonio, Texas 78216
mclements@raylaw.com
kestrada@raylaw.com

                                                                           */s/ Harry Z. Rippeon III*
                                                                           Harry Z. Rippeon III