IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CAPITOL AGGREGATES, INC., a Texas Corporation, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION FILE NO. |
| v. | § § | 5:23-cv-00719-JKP |
| IPEC, INC., a Delaware Corporation, | § § § | |
| *Defendant*. | § | |

### NOTICE OF LAW FIRM CHANGE AND CONTACT INFORMATION

Harry Z. Rippeon III, hereby gives notice to the Clerk of Court, parties, counsel, and Judges of his change of law firm and associated new contact information. **EFFECTIVE IMMEDIATELY**, all future notices, correspondence, pleadings, paper and other documents or filings should be directed to counsel as specified below:

> Harry Z. Rippeon III
> ADAMS & REESE, LLP
> 3455 Peachtree Road NE, Suite 1750
> Atlanta, GA 30326
> Main: (470) 427-3700
> Direct: (470) 427-3735
> Facsimile: (470) 427-3691
> Zack.Rippeon@arlaw.com

Respectfully submitted this 23rd day of October, 2025.

> */s/ Harry Z. Rippeon III*
> Harry Z. Rippeon III
> Bar No. 24140926
> *Counsel for Capitol Aggregates, Inc.*

**ADAMS & REESE, LLP**
3455 Peachtree Road, NE, Suite 1750
Atlanta, Georgia 30326
M: (470) 427-3700
F: (470) 427-3691
Zack.Rippeon@arlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing NOTICE OF LAW FIRM CHANGE AND CONTACT INFORMATION via the CM/ECF system, which will automatically send an electronic notification of such filing to all counsel of record.

This 23rd day of October, 2025.

/s/ *Harry Z. Rippeon III*
Harry Z. Rippeon III